EXHIBIT C

# ROBERT J. KRUCKEMEYER
## ATTORNEY AT LAW

919 Milam, Suite 1700
Houston, Texas 77002
(713) 860-0547
bob@kruckemeyerlaw.com
kruckemeyerlaw.com

May 2, 2017

*Via Certified Mail R.R.R.*
*No. 7014 2870 0001 2538 5393*
*And First Class Mail*
F. KENNETH BAILEY, JR., P.C.
440 Louisiana St. Suite 2100
Houston, TX 77002
Attn: F. Kenneth Bailey, Jr.

*Via Certified Mail R.R.R.*
*No. 7014 2870 0001 2538 5409*
*And First Class Mail*
F. KENNETH BAILEY, JR.
1327 Richard Lane,
Friendswood, TX 77546

      Re:    Cause No. _____; PSB Partners, LLC v. F. Kenneth Bailey, Jr., P.C. and F. Kenneth Bailey, Jr.; in the District Court of Harris County, Texas; _____ Judicial District

Dear Mr. Bailey:

Enclosed are:

Notice of Filing of Foreign Judgment;

Official Clerk's Certificate and the Order of Judgment by Confession entered on April 20, 2017 by the Circuit Court of Cook County, Illinois, County Department, Law Division;

Affidavit of Names and Addresses; and

Certificate of Mailing of Notice.

If you have any questions regarding this matter, please have your attorney contact the undersigned at your earliest convenience.

Sincerely,

Robert J. Kruckemeyer

RJK:tj

CAUSE NO. _____

| | | |
|---|---|---|
| PSB PARTNERS, LLC<br>Plaintiff, | } } } | IN THE DISTRICT COURT OF |
| v. | } } } | HARRIS COUNTY, TEXAS |
| F. KENNETH BAILEY, JR., P.C.,<br>AND F. KENNETH BAILEY, JR.<br>Defendants. | } } } } | _____ JUDICIAL DISTRICT |

## NOTICE OF FILING OF FOREIGN JUDGMENT

PSP Partners, LLC hereby files the attached documents:

1. Official Clerk's Certificate and the Order of Judgment by Confession entered on April 20, 2017 by the Circuit Court of Cook County, Illinois, County Department, Law Division;

2. Affidavit of Names and Addresses; and

3. Certificate of Mailing of Notice.

Respectfully submitted,

/S/ *Robert J. Kruckemeyer*
Robert J. Kruckemeyer
State Bar No. 11735700
919 Milam, Suite 1700
Houston, TX 77002
Telephone:   (713) 860-0547
Facsimile:   (713) 222-2226
bob@kruckemeyerlaw.com

ATTORNEYS FOR
PSB PARTNERS, LLC.

/S/ *Robert J. Kruckemeyer*
Robert J. Kruckemeyer
State Bar No. 11735700
919 Milam, Suite 1700
Houston, TX 77002
Telephone: (713) 860-0547
Facsimile: (713) 222-2226
bob@kruckemeyerlaw.com

ATTORNEYS FOR
PSB PARTNERS, LLC.

STATE OF ILLINOIS   }
                    }
COOK COUNTY         }

## OFFICIAL CLERK'S CERTIFICATE

THIS IS TO CERTIFY that the attached document is a true and correct copy of a judgment bearing the genuine signature of Daniel J. Kubasiak, in the official capacity as judge of the Circuit Court of Cook County, Illinois, County Department, Law Division and signed on April 20, 2017 in a case numbered 17 L 3345, styled PBS Partners, LLC v. F. Kenneth Bailey, Jr., P.C. and F. Kenneth Bailey, Jr., duly entered in the court records of which I am the official custodian.

CERTIFIED on the _____ day of _____, 2017 under my hand and seal of office.

_____
By: Dorothy Brown
Clerk of the Circuit Court of Cook County, Illinois



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

PSB PARTNERS, LLC, )
a New Mexico limited liability company, )
)
Plaintiff, )
)
v. )
) Case No: 17 L 3345
F. KENNETH BAILEY, JR., P.C., )
a Texas professional corporation, and )
F. KENNETH BAILEY, JR., an individual, )
)
Defendants. )

## ORDER OF JUDGMENT BY CONFESSION

IT IS HEREBY ORDERED:

1. Judgment is entered upon the plaintiff PSB Partners, LLC's Verified Complaint in PSB Partners, LLC's favor and against defendant F. Kenneth Bailey, Jr., P.C. and Kenneth Bailey, Jr. personally in the amount of $7,125,000, plus any costs and attorneys' fees of $38,709.00 incurred by Plaintiff in association with its efforts to collect under the Note (as that term is defined in the Verified Complaint for Entry of a Judgment by Confession (the "Verified Complaint").

2. There is no reason to delay the appeal and enforcement of this order and this represents a final judgment of this court.

ENTER: _____
Judge

Judge Daniel J. Kubasiak

APR 20 2017          2072
              Judge's Number
Circuit Court-2072

Prepared by: Lawrence W. Byrne
Pedersen & Houpt, P.C.
161 N. Clark Street
Suite 2700
Chicago, Illinois 60601
Firm ID: 07779
*Attorneys for Plaintiff PSB Partners, LLC*

I hereby certify that the document to which this certification is affixed is a true copy.
DOROTHY BROWN  APR 25 2017
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

CAUSE NO. _____

| | | |
|---|---|---|
| PSB PARTNERS, LLC<br>    Plaintiff, | } | IN THE DISTRICT COURT OF |
| v. | }<br>}<br>} | HARRIS COUNTY, TEXAS |
| F. KENNETH BAILEY, JR., P.C.,<br>AND F. KENNETH BAILEY, JR.<br>    Defendants. | }<br>}<br>} | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF NAMES AND ADDRESSES

STATE OF ILLINOIS }
COOK COUNTY }

BEFORE ME, the undersigned authority, on this day personally appeared Larry Byrne, known to me to be a credible person competent in all respects to make this affidavit, and who, being by me sworn upon oath, stated:

1. I am the attorney for the judgment creditor in that certain judgment dated April 20, 2017 by the Circuit Court of Cook County, Illinois, County Department, Law Division. An authenticated copy of the judgment will be filed with the clerk of the above captioned court pursuant to Chapter 35.001 of the Texas Civil Practice and Remedies Code.

2. The name and last known post office address of the judgment debtors named in the judgment are:

   F. KENNETH BAILEY, JR., P.C.
   440 Louisiana St. Suite 2100
   Houston, TX 77002

   F. KENNETH BAILEY, JR.
   1327 Richard Lane,
   Friendswood, TX 77546

3. The name and post office address of the judgment creditor named in that judgment is:

PSB PARTNERS, LLC
321 N. Clark St.
Suite 2500
Chicago, IL 60654

Executed this 28th day of April, 2017.

_____
Larry Byrne

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this 28th day of April, 2017.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF ILLINOIS

OFFICIAL SEAL
TIMOTHY S. FRAZEE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Aug 1, 2020

Respectfully submitted,

/S/ *Robert J. Kruckemeyer*
Robert J. Kruckemeyer
State Bar No. 11735700
919 Milam, Suite 1700
Houston, TX 77002
Telephone:   (713) 860-0547
Facsimile:    (713) 222-2226
bob@kruckemeyerlaw.com

ATTORNEYS FOR
PSB PARTNERS, LLC.

CAUSE NO. _____

| | | |
|---|---|---|
| PSB PARTNERS, LLC<br>Plaintiff, | } } } | IN THE DISTRICT COURT OF |
| v. | } } } | HARRIS COUNTY, TEXAS |
| F. KENNETH BAILEY, JR., P.C.,<br>AND F. KENNETH BAILEY, JR.<br>Defendants. | } } } | _____ JUDICIAL DISTRICT |

## CERTIFICATE OF MAILING OF NOTICE OF FILING OF FOREIGN JUDGMENT

I, Robert J. Kruckemeyer, attorney for PSB Partners, LLC hereby certify that I have mailed this notice of the filing of the following documents and the following documents:

1. Official Clerk's Certificate and the Order of Judgment by Confession entered on April 20, 2017 by the Circuit Court of Cook County, Illinois, County Department, Law Division; and

2. Affidavit of Names and Addresses.

To:

F. KENNETH BAILEY, JR., P.C.
440 Louisiana St. Suite 2100
Houston, TX 77002

F. KENNETH BAILEY, JR.
1327 Richard Lane,
Friendswood, TX 77546

Via United States Certified Mail Return Receipt Requested and First Class United States Mail on this the 2nd day of May, 2017.

Respectfully submitted,

/S/ *Robert J. Kruckemeyer*
Robert J. Kruckemeyer
State Bar No. 11735700
919 Milam, Suite 1700
Houston, TX 77002
Telephone: (713) 860-0547
Facsimile: (713) 222-2226
bob@kruckemeyerlaw.com

ATTORNEYS FOR
PSB PARTNERS, LLC.