## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

PSB Partners, LLC

                                          Plaintiff,

v.                                                               Case No.: 1:17–cv–04180

                                                                                     Honorable John Z. Lee

F. Kenneth Bailey, Jr., P.C., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 19, 2019:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 6/19/19. Plaintiff's motion to extend oral fact discovery and for consideration of its pending motion to deem certain requests to admit [122] is granted in part. Fact discovery is extended until 9/6/19. Plaintiff should refile any discovery motions before the Magistrate Judge. Motion to withdraw Suyash Agrawal and Hillary Coustan as counsel [124] is granted. Defendants have 21 days to retain new counsel. If Defendants are unable to retain counsel by the next status, Mr. Bailey must appear in person or by telephone. Counsel may refile the motion for fees at a later date. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.